# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Edward McCann, | : | Civil Action No: 12-2025 |
| Plaintiff, | : | |
| | : | The Honorable John E. Jones, III |
| v. | : | |
| | : | |
| Delta Outsource Group, Inc. and | : | Electronically Filed |
| Springleaf Financial Services, Inc., | : | |
| Defendants. | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendants Springleaf Financial Services, Inc. and Delta Outsource Group, Inc. (collectively, "Defendants") and plaintiff, Edward McCann ("Plaintiff") by and through their respective undersigned counsel, hereby stipulate to dismissal with prejudice of the complaint in this action pursuant to Federal Rule of Civil Procedure 41(a), and subject to the terms and conditions of the parties' settlement agreement.  Each party shall bear its own costs and attorneys' fees.

{L0522966.1}

2

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| s/Matthew B. Weisberg | s/Robert J. Hannen |
| Matthew B. Weisberg, Esquire | Robert J. Hannen, Esquire |
| Weisberg Law, P.C. | PA ID No. 63432 |
| 7 South Morton Avenue | Eckert Seamans Cherin & Mellott, LLC |
| Morton, PA 19070 | Suite 200, Summitt Corporate Center |
| Telephone:   610-690-0801 | 1001 Corporate Drive |
| Facsimile:    610-690-0880 | Canonsburg, PA 15317-8563 |
| mweisberg@weisberglawoffices.com | Telephone:  724-873-2870 |
|  | Facsimile:   724-743-2901 |
| Attorneys for Plaintiff | rhannen@eckertseamans.com |
|  | and |
| s/Richard J. Perr | Erin R. Kawa, Esquire |
| Richard J. Perr, Esquire | PA ID No. 308302 |
| Fineman Krekstein & Harris, P.C. | Eckert Seamans Cherin & Mellott, LLC |
| Mellon Bank Center | 213 Market Street, Eighth Floor |
| 1735 Market Street, Suite 600 | Harrisburg, PA 17101 |
| Philadelphia, PA 19103-7513 | Telephone:  717-237-6000 |
| Telephone:   215-893-8724 | Facsimile:    717-237-6019 |
| Facsimile:    215-893-8719 | ekawa@eckertseamans.com |
| rperr@finemanlawfirm.com |  |
| Attorneys for Delta Outsource Group, Inc. | Attorneys for Springleaf Financial Services, Inc. |
| Dated:  July 19, 2013 | Dated:  July 19, 2013 |

# **CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing document upon the persons and in the manner indicated below via electronic filing, which service satisfies the requirements of the Federal Rules of Civil Procedure.

>Matthew B. Weisberg, Esquire
>Weisberg Law, P.C.
>7 South Morton Avenue
>Morton, PA  19070
>Telephone:   610-690-0801
>Facsimile:   610-690-0880
>E-mail:   mweisberg@weisberglawoffices.com
>
>Richard J. Perr, Esquire
>Fineman Krekstein & Harris, P.C.
>Mellon Bank Center
>1735 Market Street, Suite 600
>Philadelphia, PA  19103-7513
>Telephone:   215-893-8724
>Facsimile:   215-893-8719
>E-mail:   rperr@finemanlawfirm.com

>s/Erin R. Kawa
>Erin R. Kawa, Esquire

Date:  July 19, 2013           Attorneys for Springleaf Financial Services, Inc.