IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Edward McCann,<br>　　Plaintiff, | : | Civil Action No: 12-2025 |
| | : | |
| | : | The Honorable John E. Jones, III |
| v. | : | |
| | : | |
| Delta Outsource Group, Inc. and<br>Springleaf Financial Services, Inc.,<br>　　Defendants. | : | Electronically Filed |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

After reviewing the Parties' Stipulation of Dismissal with Prejudice, the Court hereby Orders as follows: Plaintiff's claims that are or could have been asserted in the above-captioned matter are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

It is so ordered:

Dated: July 31, 2013

The Honorable John E. Jones, III

{L0522914.1}